# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**SUKHJINDER SINGH,**

**Petitioner,**

**v.** **Case No. 26-CV-1313-SCD**

**MARKWAYNE MULLIN,**
**TODD BLANCHE,**
**DALE SCHMIDT,**
**DIRECTOR CHICAGO ICE FIELD OFFICE,**

**Respondents.**

---

## ORDER DISMISSING PETITION AS MOOT

---

On July 28, 2026, Sukhjinder Singh filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. I screened the petition and ordered the government to respond. In its response, the government notes that the petitioner has now received a bond hearing in immigration court, which is tantamount to the relief he sought in this petition. The petitioner has not replied to the government's response. Accordingly, it appears that this action is now moot. The case is therefore ordered **DISMISSED** without prejudice.

Dated in Milwaukee, Wisconsin, this 23rd day of October, 2026.

STEPHEN C. DRIES
United States Magistrate Judge